UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No.  8:11-cr-287-T-24-MAP

DWAIN DENORRIS WALLACE, III
_____/

## ORDER

This cause comes before the Court on Defendant's Motion to Suppress Any and All

Physical Evidence and/or Statements and Incorporated Memorandum of Law (Doc. No. 24).

The Government filed a response in opposition (Doc. No. 38).  On September 30, 2011, the

Court conducted an evidentiary hearing. At the hearing, the Court heard from witnesses

including the Tampa Police Department Officers who arrested the Defendant on March 25, 2011.

For the reasons stated in court, the Court finds that the officers had a reasonable, articulable

suspicion of criminal activity such that they could detain Wallace for investigatory purposes. In

addition, the officers had probable cause to arrest Wallace after finding the sawed off shotguns,

one under the car he was driving and one in plain view within the car. Defendant's Motion to

Suppress (Doc. No. 24) is DENIED.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of September, 2011.


Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge